IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:07-CR-131-1-F
Civil No. 7:12-CV-192-F

| | | |
|---|---|---|
| RONALD BROOKS CAMPBELL, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

In his Response [DE-33] to the court's order [DE-32] of October 9, 2012, the petitioner, Ronald Brooks Campbell, conveys to the court that he and the Government agree he is entitled to relief from his conviction and sentence imposed under 18 U.S.C. § 922(g), and that the dismissed § 922(j) Count Two be reinstated. The court is informed that Campbell and his counsel have conferred and further agree with the Government that Campbell's total offense level for the § 922(j) charge is 17, that Campbell's criminal history category is IV, and that his advisory guideline range is 37 to 46 months as to Count Two. Campbell already has served more time than recommended by this applicable range.

The court's review of the record herein, including Campbell's § 2255 motion [DE-25] and his Response [DE-33] stating his and the Government's joint position, leads the court to conclude that the proposed resolution is in the best interests of justice. Accordingly, it is ORDERED that Campbell's Judgment [DE-22] of conviction and sentence *as to Count One only* is VACATED. It further is ORDERED that previously dismissed Count Two is REINSTATED pursuant to 18 U.S.C. § 3296. The Clerk of Court is DIRECTED to schedule and notice re-

arraignment and sentencing as to reinstated Count Two during the court's **January 2, 2013**, term of court in Wilmington, North Carolina.

Except as herein provided, the terms and conditions of Campbell's Judgment [DE-22] are RATIFIED as entered. Campbell shall remain in custody under reinstated Count Two, and the Government will arrange for his attendance and housing for the hearing. The Federal Public Defender's appointment is EXTENDED through disposition in this court of Count Two.

SO ORDERED.

This, the 11th day of December, 2012.

_____
JAMES C. FOX
Senior United States District Judge